Mary J. M. Dayton, Respondent, *v.* Harlene Frocks, Inc., Appellant, et al., Defendants. (Action No. 1.)

John H. Meyers, Respondent, *v.* Harlene Frocks, Inc., Appellant, et al., Defendants. (Action No. 2.)

Argued April 7, 1949; decided April 20, 1949.

*Albert E. Schwartz, Nathan H. Elman* and *Herman Chaityn* for appellants.

*H. E. Blodgett* and *Loren W. Lillis* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.